UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,                              Case No. 24-mc-50009
                                             Hon. Matthew F. Leitman

v.

LAKE TRUST CREDIT UNION,

    Respondent.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Petitioner, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: April 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126